Suite 3800
Chicago, IL 60611
312-261-5160(W)

| Defendant | Komatsu America Corporation |
|---|---|

| Plaintiff | Spencer, Jewel |
|---|---|
| Attorney | Nicholas Allen Bourff |
| | *#2703689, Retained* |
| | Schiller Law Offices, LLC |
| | 210 E. Main Street |
| | Carmel, IN 46032 |
| | 317-578-2100(W) |

# Chronological Case Summary

| 05/21/2020 | **Case Opened as a New Filing** |
|---|---|

**05/26/2020**     **Appearance Filed**

Appearance by Attorney in Civil Case

| For Party: | Spencer, Jewel |
|---|---|
| File Stamp: | 05/21/2020 |

**05/26/2020**     **Complaint/Equivalent Pleading Filed**

Complaint for Damages

| Filed By: | Spencer, Jewel |
|---|---|
| File Stamp: | 05/21/2020 |

**05/26/2020**     **Subpoena/Summons Filed**

Summons

| Filed By: | Spencer, Jewel |
|---|---|
| File Stamp: | 05/21/2020 |

**06/03/2020**     **Certificate of Issuance of Summons**

Certificate of Mailing Elisa Corporation

| Filed By: | Spencer, Jewel |
|---|---|
| File Stamp: | 06/02/2020 |

**06/09/2020**     **Certified Mail Returned**

Proof of Service

| Party Served: | Spencer, Jewel |
|---|---|

| Date Signed: | 06/08/2020 |
|---|---|

---

| 06/22/2020 | **Amended Pleading Filed** |
|---|---|

Plaintiff's Amended Complaint for Damages

| Filed By: | Spencer, Jewel |
|---|---|
| File Stamp: | 06/19/2020 |

---

| 06/22/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons to Elsa Corporation

| Filed By: | Spencer, Jewel |
|---|---|
| File Stamp: | 06/19/2020 |

---

| 06/22/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons to Keyence Corporation of America

| Filed By: | Spencer, Jewel |
|---|---|
| File Stamp: | 06/19/2020 |

---

| 06/22/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons to Komatsu America Corporation

| Filed By: | Spencer, Jewel |
|---|---|
| File Stamp: | 06/19/2020 |

---

| 06/23/2020 | **Appearance Filed** |
|---|---|

Appearance

| For Party: | Elsa Corporation |
|---|---|
| File Stamp: | 06/22/2020 |

---

| 06/23/2020 | **Motion for Enlargement of Time Filed** |
|---|---|

Notice of Automatic Enlargement of Time to Answer or Otherwise Respond

| Filed By: | Elsa Corporation |
|---|---|
| File Stamp: | 06/22/2020 |

---

| 07/02/2020 | **Order Granting Motion for Enlargement of Time** |
|---|---|

Comes now the Court and orders that Defendant's answer or other response to Plaintiff's Complaint is due on or before July 23, 2020. ek

| Judicial Officer: | Cage, Christopher A - C |
|---|---|

|  | Noticed: | Bourff, Nicholas Allen |
|--|----------|------------------------|
|  | Noticed: | Winegardner, Richard Paul |
|  | Noticed: | Farris-Niehaus, Justine Lynn |
|  | Order Signed: | 06/25/2020 |

---

| 07/03/2020 | **Automated Paper Notice Issued to Parties** |
|------------|---------------------------------------------|
|  | Order Granting Motion for Enlargement of Time ---- 7/2/2020 : Richard Paul Winegardner |

---

| 07/03/2020 | **Automated ENotice Issued to Parties** |
|------------|------------------------------------------|
|  | Order Granting Motion for Enlargement of Time ---- 7/2/2020 : Justine Lynn Farris-Niehaus;Nicholas Allen Bourff |

---

| 07/08/2020 | **Certified Mail Returned** |
|------------|-----------------------------|
|  | Proof of Service Komatsu America Corporation |
|  | Party Served: | Spencer, Jewel |
|  | Date Signed: | 07/07/2020 |

---

| 07/08/2020 | **Certified Mail Returned** |
|------------|-----------------------------|
|  | Proof of Service Elsa Corporation |
|  | Party Served: | Spencer, Jewel |
|  | Date Signed: | 07/07/2020 |

---

| 07/16/2020 | **Certified Mail Returned** |
|------------|-----------------------------|
|  | Proof of Service Keyence Corporation of America |
|  | Party Served: | Spencer, Jewel |
|  | Date Signed: | 07/15/2020 |

---

| 07/21/2020 | **Motion for Enlargement of Time Filed** |
|------------|-------------------------------------------|
|  | Notice of Automatic/Agreed Enlargement of Time to Answer or Otherwise Plead |
|  | Filed By: | Elsa Corporation |
|  | File Stamp: | 07/21/2020 |

---

| 07/23/2020 | **Order Granting Motion for Enlargement of Time** |
|------------|----------------------------------------------------|
|  | Comes now the Court and hereby orders that ELSA Corporation's answer or other response to Plaintiff's Amended Complaint is now due on or before August 24, 2020 |
|  | Judicial Officer: | Cage, Christopher A - C |
|  | Noticed: | Bourff, Nicholas Allen |
|  | Noticed: | Winegardner, Richard Paul |
|  | Noticed: | Farris-Niehaus, Justine Lynn |
|  | Order | 07/22/2020 |

Signed:

| 07/24/2020 | **Automated Paper Notice Issued to Parties** |
|---|---|

Order Granting Motion for Enlargement of Time ---- 7/23/2020 : Richard Paul Winegardner

| 07/24/2020 | **Automated ENotice Issued to Parties** |
|---|---|

Order Granting Motion for Enlargement of Time ---- 7/23/2020 : Justine Lynn Farris-Niehaus;Nicholas Allen Bourff

| 07/27/2020 | **Appearance Filed** |
|---|---|

Appearance by Attorney in Civil Case by Joseph B. Moore, III

| For Party: | Keyence Corporation of America |
|---|---|
| File Stamp: | 07/24/2020 |

| 07/27/2020 | **Appearance Filed** |
|---|---|

Appearance by Attorney in Civil Case by Patrick A. Becht

| For Party: | Keyence Corporation of America |
|---|---|
| File Stamp: | 07/24/2020 |

| 07/27/2020 | **Appearance Filed** |
|---|---|

Appearance by Attorney in Civil Case by Christina M. Putman

| For Party: | Keyence Corporation of America |
|---|---|
| File Stamp: | 07/24/2020 |

| 07/27/2020 | **Motion for Enlargement of Time Filed** |
|---|---|

Defendant Keyence Corporation of America's Automatic Enlargement of Time to Answer or Otherwise Plead

| Filed By: | Keyence Corporation of America |
|---|---|
| File Stamp: | 07/24/2020 |

| 07/30/2020 | **Motion to Dismiss Filed** |
|---|---|

Motion to Dismiss Plaintiff's Amended Complaint

| Filed By: | Elsa Corporation |
|---|---|
| File Stamp: | 07/29/2020 |

| 07/30/2020 | **Memorandum/Brief Filed** |
|---|---|

Brief in Support of Motion to Dismiss

| Filed By: | Elsa Corporation |
|---|---|
| File Stamp: | 07/29/2020 |

Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Spencer, Jewel**

Plaintiff

Balance Due (as of 07/30/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/26/2020 | Transaction Assessment | 157.00 |
| 05/26/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| STATE OF INDIANA | ) | MADISON SUPERIOR/CIRCUIT COURT |
| COUNTY OF MADISON | ) SS:<br>) | CAUSE NO.: |

| | |
|---|---|
| JEWEL SPENCER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   **JURY TRIAL REQUESTED** |
| | ) |
| ELSA CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Type of Case: Civil Tort [CT]**

**Party Classification:  Initiating  _X_      Responding ____      Intervening ____**

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

 Jewel Spencer, the Plaintiff.

2.  Applicable attorney information for service as required by Trial Rule 5[B][2] and for case information as required by Trial Rules 3.1 and 77[B] is as follows:

| | |
|---|---|
| Attorney Name: | Nicholas A. Bourff |
| Attorney Number: | 27036-89 |
| Firm Name: | SCHILLER LAW OFFICES, LLC |
| Address: | 210 E. Main Street |
| | Carmel, IN 46032 |
| Telephone: | (317) 578-2100 |
| Facsimile: | (317) 578-1146 |
| E-Mail: | Nick@schillerlawoffices.com |

3.  There are other party members:      Yes: _____   No: __X___

4.  *If first initiating party filing this case,* the Clerk is requested to assign this Case Type under Administrative Rule 8[b][3]:  __CT__

5.  I will accept service by FAX at the above-noted number:  Yes: _____  No: __X__

6.  This case involves support issues:  Yes: _____      No: __X__

7.    There are related cases:  Yes: _____ No: __X___

8.    This form has been served on all other parties.

9.    Additional information required by Local Rule: _____

---

Respectfully submitted,

SCHILLER LAW OFFICES, LLC

*/s/ Nicholas A. Bourff*_____
Nicholas A. Bourff
Attorney No.: 27036-89
**SCHILLER LAW OFFICES, LLC**
210 E. Main Street
Carmel, IN 46032
Telephone: 317-578-2100
Facsimile: 317-578-1146
E-Mail:  Nick@schillerlawoffices.com
*Attorney for the Plaintiff*

Madison County Circuit Court 3
Madison County, Indiana

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elsa Corporation

   c/o Yasuhiko Matsuoka

   1240 South State Road 37

   Elwood, IN 46036

9590 9402 3085 7124 0574 60

2. Article Number (Transfer from service label)

   7018 1830 0002 2910 0077

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X G J  e - 2
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

C - I q                          6 - 3 - 2 0

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

STATE OF INDIANA          )          MADISON SUPERIOR/CIRCUIT COURT
                          ) SS:
COUNTY OF MADISON         )          CAUSE NO. 48C03-2005-CT-000079

JEWEL SPENCER,                       )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )
                                     )
ELSA CORPORATION,                    )
                                     )
          Defendant.                 )

## ORDER ENLARGING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND

Defendant, by counsel, filed Defendant's Notice of Automatic Enlargement of Time to Answer or Otherwise Respond.  This Court having reviewed the Notice now grants the automatic 30-day enlargement of time.

IT IS HEREBY ORDERED that Defendant's answer or other response to Plaintiff's complaint is now due on or before July 23, 2020.

Dated: __June 25, 2020__, 2020          Signed: _Andrew Hopper_

                                        Judge, Madison County Superior/Circuit Court

                                        Recommended For APPROVAL

Distribution:                           _Christopher A. Case_

Richard P. Winegardner                  Commissioner
Justine L. Farris-Niehaus
**Barnes & Thornburg LLP**

Nicholas Allen Bourff
**Schiller Law Offices, LLC**

EK

Madison County Circuit Court 3
Madison County, Indiana

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Komatsu America Corporation
c/o CT Corporation System
334 N. Senate Ave.
INDIANAPOLIS, IN 46204

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3085 7124 0573 85

2. Article Number (Transfer from service label)

7019 2280 0000 0474 4196

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?     ☐ Yes
If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

2020 1:19 PM
Madison County Circuit Court 3
Madison County, Indiana

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elsa Corporation
c/o Yasuhiko Matsuoka
1240 South State Road 37
Elwood, IN 46036

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3085 7124 0573 61

2. Article Number (Transfer from service label)

7019 2280 0000 0474 4189

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  CS      C-2
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

C-19                              2-1-20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

Filed: 7/10/2020 8:08 AM
Madison County, Indiana
Madison County Circuit Court 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keyence Corporation of
America
c/o Corporation Service comp.
135 N. Pennsylvania St. Ste1610
INDIANAPOLIS, IN 46204

9590 9402 3085 7124 0573 78

2. Article Number

7019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    **Madison County, Indiana**
X                                          ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

STATE OF INDIANA     )         MADISON SUPERIOR/CIRCUIT COURT
                        ) SS:
COUNTY OF MADISON  )         CAUSE NO. 48C03-2005-CT-000079

JEWEL SPENCER,           )
                           )
        Plaintiff,        )
                           )
   v.                      )
                           )
ELSA CORPORATION,      )
KEYENCE CORPORATION OF   )
AMERICA, and KOMATSU AMERICA  )
CORPORATION,          )
                           )
        Defendants.     )

### ORDER ENLARGING DEFENDANT ELSA CORPORATION'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant ELSA Corporation, by counsel, filed Defendant's Notice of Automatic/Agreed Enlargement of Time to Answer or Otherwise Respond. This Court having reviewed the Notice now grants the automatic 30-day enlargement of time.

IT IS HEREBY ORDERED that ELSA Corporation's answer or other response to Plaintiff's Amended Complaint is now due on or before August 24, 2020.

Dated: __July 22, 2020__, 2020     Signed: _Andrew Hopper_

                               Judge, Madison County Superior/Circuit Court

                             Recommended For APPROVAL

                             _Christopher A. Cage_

Distribution:                         Commissioner

Richard P. Winegardner
Justine L. Farris-Niehaus
**Barnes & Thornburg LLP**

Nicholas Allen Bourff
**Schiller Law Offices, LLC**

MADISON COUNTY CIRCUIT COURTS
SEAL
STATE OF INDIANA

EK