IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEWEL SPENCER., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:20-CV-02001-SEB-DLP |
| | ) |
| KEYENCE CORPORATION OF AMERICA and KOMATSU AMERICA INDUSTRIES, LLC, | ) |
| | ) |
| Defendants. | ) |

**SECOND AMENDED COMPLAINT FOR DAMAGES**

Plaintiff, Jewel Spencer, by counsel, Nicholas A. Bourff, for her Second Amended Complaint for Damages against the Defendants, Keyence Corporation of America and Komatsu America Industries, LLC, respectfully shows the Court as follows:

**Facts Common to All Counts**

1. At all times relevant hereto, Plaintiff was a resident of the City of Elwood, County of Madison, State of Indiana.

2. At all times relevant herein, Defendant, Keyence Corporation of America, was a foreign for-profit corporation registered in the State of Indiana.

3. At all times relevant herein, Defendant, Komatsu America Industries, LLC, was a foreign for-profit corporation.

4. On or about June 21, 2018, Jewel Spencer was an employee of Elsa Corporation, working in a manufacturing facility owned by Elsa Corporation, located at 1240 South Indiana 37, City of Elwood, County of Madison, State of Indiana.

5. At said time and place, Jewel Spencer's hand became caught in a press machine made by Defendant Komatsu America Industries, LLC, with a defective safety mechanism made by Defendant Keyence Corporation of America.

6. The assembly line was equipped with a defective and/or a disabled safety mechanism.

7. No signs or other notices concerning the dangerous machinery and defective safety equipment were prominently displayed.

8. As a direct result of this incident, Jewel Spencer sustained significant injuries, including the partial loss of her thumb and index finger.

## Count I –Negligence by Keyence Corporation of America

9. Plaintiff, by counsel, reaffirms and incorporates paragraphs one (1) through eight (8) as if fully restated herein.

10. Keyence Corporation of America manufactured safety equipment, which was used in the press machine made by co-defendant, Komatsu America Industries, LLC.

11. Keyence Corporation of America placed defective safety equipment into the stream of commerce.

12. Jewel Spencer is in the class of persons that Keyence Corporation of America should have reasonably foreseen as being subject to the potential harm caused by its defective equipment.

13. The defective condition of Keyence Corporation of America's product existed at the time it left Keyence Corporation of America's control.

14. The defective condition of Keyence Corporation of America's product was a proximate cause of Jewel Spencer's injuries; said injuries are severe, permanent, and have caused her pain, suffering, and emotional distress.

15.   As a direct and proximate result of Keyence Corporation of America's negligence, Jewel Spencer was required to seek medical treatment from various health care providers, has incurred medical expenses as a result thereof, and may incur medical expenses in the future.

### Count II –Negligence by Komatsu America Industries, LLC

16.   Plaintiff, by counsel, reaffirms and incorporates paragraphs one (1) through fifteen (15) as if fully restated herein.

17.   Komatsu America Industries, LLC manufactured a press machine that was used by Jewel Spencer at the aforementioned manufacturing facility.

18.   Komatsu America Industries, LLC knew of the defective condition of their press machine.

19.   Jewel Spencer is in the class of persons that Komatsu America Industries, LLC should have reasonably foreseen as being subject to the potential harm caused by its defective equipment.

20.   The defective condition of the Komatsu America Industries, LLC product existed at the time it left Komatsu America Industries, LLC's control.

21.   The defective condition of Komatsu America Industries, LLC's product was a proximate cause of Jewel Spencer's injuries; said injuries are severe, permanent, and have caused her pain, suffering, and emotional distress.

22.   As a direct and proximate result of Komatsu America Industries, LLC's negligence, Jewel Spencer was required to seek medical treatment from various health care providers, has incurred medical expenses as a result thereof, and may incur medical expenses in the future.

WHEREFORE, Plaintiff, Jewel Spencer, by counsel, Nicholas A. Bourff, prays for judgment against Defendants, Keyence Corporation of America and Komatsu America Industries, LLC, in an amount commensurate with her injuries and damages, for any and all pre-judgment

interest calculated daily according to Statute, for the cost of this action, for trial by jury, and for all other relief just and proper in the premises.

        Respectfully submitted,

        SCHILLER LAW OFFICES, LLC


        *s/ Nicholas A. Bourff*
        Nicholas A. Bourff
        Attorney No. 27036-89
        **SCHILLER LAW OFFICES, LLC**
        210 E. Main Street
        Carmel, IN 46032
        Telephone: 317-578-2100
        Facsimile: 317-578-1146
        E-Mail: Nick@schillerlawoffices.com
        *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 4th day of February 2021, a true and accurate copy of the foregoing was filed electronically. Service of this filing will be made on counsel listed below, by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system:

Patrick A. Becht
Kathleen E. Freeman
Mary E McClellan
Patton & Ryan LLC
330 North Wabash Avenue, Suite 3800
Chicago, IL 60611
pbecht@pattonryan.com

G. Todd Hoffpauir
Montgomery Jonson LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202
thoffpauir@mojolaw.com

                                                *s/ Nicholas A. Bourff*
                                                Nicholas A. Bourff
                                                Attorney No. 27036-89
                                                **SCHILLER LAW OFFICES, LLC**
                                                210 E. Main Street
                                                Carmel, IN 46032
                                                Telephone: 317-578-2100
                                                Facsimile: 317-578-1146
                                                E-Mail: Nick@schillerlawoffices.com
                                                *Attorney for the Plaintiff*