UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS)

| | | |
|---|---|---|
| JEWEL SPENCER | : | Case No. 1:20-cv-02001 |
| Plaintiff | : | Judge Sarah Evans Barker |
| | : | Magistrate Judge Doris L. Pryor |
| v. | : | |
| | : | **ORDER GRANTING MOTION TO** |
| KEYENCE CORPORATION OF AMERICA, et al. | : | **DISMISS KOMATSU AMERICA INDUSTRIES, LLC ONLY** |
| Defendants | : | |

Pursuant to the Motion to Dismiss Komatsu America Industries, LLC ONLY and for good cause shown, Komatsu America Industries, LLC is hereby dismissed from this action, with prejudice, each party to bear its own costs. The matter will continue against Defendant Keyence Corporation of America.

IT IS SO ORDERED.

9/20/2021

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF